IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO JACKSON, #175 493, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:19-CV-561-WKW |
| ) | [WO] |
| GOV. KAY IVEY, WARDEN ) | |
| GWENDOLYN BABERS, ) | |
| GWENDOLYN GIVENS, and ) | |
| PAMELA HARRIS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On September 24, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii). Final judgment will be entered separately.

DONE this 17th day of October, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE